The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHUJUN TONG, individually, | NO. 2:18-CV-00320 RSL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer, | |
| Defendant. | |

## STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate and agree that any and all claims by plaintiff Shujun Tong against defendant State Farm Mutual Automobile Insurance Company are dismissed with prejudice, with the parties bearing their own costs and attorneys' fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - NO. 2:18-CV-00320 RSL — - 1 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1293744.docx/090618 1327/8544-0001

| | |
|---|---|
| DATED this 6th day of September, 2018. | DATED this 6th day of September, 2018. |
| PEREZ & PEREZ LAW, PLLC | BETTS, PATTERSON & MINES, P.S. |
| By: *Sarah J. Perez* <br> Sarah J. Perez, WSBA #44757 <br> Perez & Perez Law, PLLC <br> 1520 - 140th Ave NE, Suite 210 <br> Bellevue, WA 98005-4501 <br> Telephone: (425) 748-5005 <br> Fax: (425) 748-5007 <br> E-mail: Sarah@PerezandPerezLaw.com <br><br> Attorney for Plaintiff Shujun Tong | By: /s Lisa W. Lackland <br> Joseph D. Hampton, WSBA #15297 <br> Lisa W. Lackland, WSBA #27373 <br> Betts, Patterson & Mines, P.S. <br> One Convention Place, Suite 1400 <br> 701 Pike Street <br> Seattle WA 98101-3927 <br> Telephone: (206) 292-9988 <br> Facsimile: (206) 343-7053 <br> E-mail: jhampton@bpmlaw.com <br> E-mail: llackland@bpmlaw.com <br><br> Attorneys for Defendant State Farm Mutual Automobile Insurance Company |

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE - NO. 2:18-CV-00320 RSL

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1293744.docx/090618 1327/8544-0001

## ORDER

THIS MATTER having come on before Court, the Court having considered the Stipulation of the parties, and the Court deeming itself otherwise fully advised in the premises, now, therefore, it is hereby:

ORDER, ADJUDGED and DECREED that any and all claims by plaintiff Shujun Tong against defendant State Farm Mutual Automobile Insurance Company are hereby dismissed with prejudice and without costs.

DATED this 11th day of September, 2018.

_/s/ Robert S. Lasnik_
Judge Robert S. Lasnik

Presented by:

BETTS, PATTERSON & MINES, P.S.

By: /s Lisa W. Lackland
  Joseph D. Hampton, WSBA #15297
  Lisa W. Lackland, WSBA #27373
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:   jhampton@bpmlaw.com
E-mail:   llackland@bpmlaw.com

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - NO. 2:18-CV-00320 RSL — - 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1293744.docx/090618 1327/8544-0001

PEREZ & PEREZ LAW, PLLC

By: *Sarah J. Perez*
    Sarah J. Perez, WSBA #44757
Perez & Perez Law, PLLC
1520 - 140th Ave NE, Suite 210
Bellevue, WA 98005-4501
Telephone: (425) 748-5005
Fax: (425) 748-5007
E-mail: Sarah@PerezandPerezLaw.com

Attorney for Plaintiff Shujun Tong

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE - NO. 2:18-CV-00320 RSL

- 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1293744.docx/090618 1327/8544-0001